UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| Vs. | ) Case No. 02-00096-01-CR-W-NKL |
| | ) |
| **Robert Lee Smith,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of January 30, 2006, and a hearing having been waived by defendant, it is hereby

**ORDERED** that the following be added to the conditions of supervised release for Robert Lee Smith:

> **The defendant successfully participate in a program of home detention for up to 120 days which may include electronic monitoring, with the costs to be paid as directed by the Probation Office.**

                                                                                s/ Nanette K. Laughrey
                                                                                 NANETTE K. LAUGHREY
                                                                                 U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this ___30th___ day of ___January___, 2006.